**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR69** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **MARIETTA SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant's oral motion to move the sentencing hearing, currently scheduled for Thursday, July 6, 2006, to an earlier date. The government advised the Court it has no objection.

IT IS ORDERED:

Sentencing is rescheduled before District Judge Laurie Smith Camp to the **29th day of June, 2006, at 8:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 6th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge